# United States District Court

DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

SEP 18 2009

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NUMBER: 09-*M-6114-01-DWB* |
| ) | |
| CORY CORNELIUS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### Count One

On or about September 3, 2009, in the District of Kansas,

**CORY CORNELIUS,**

the defendant herein, did knowingly, willfully and unlawfully possess approximately 0.24 grams of a mixture or substance containing a detectable amount of cocaine base, a controlled substance.

In violation of Title 21, United States Code, Section 844, and Title 18, United States Code, Section 3559.

1

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms and that this complaint is based on the following facts:

(see attached affidavit, which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof:   **X** Yes   ☐ No

*[signature]*
CLINT SNYDER
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 18, 2009       at Wichita, Kansas
Date

Honorable Donald W. Bostwick       *[signature] Donald W. Bostwick*
United States Magistrate Judge       Signature of Judicial Officer

2

# AFFIDAVIT

I, Clint R. Snyder, being duly sworn, state the following:

1. Your Affiant is employed as a detective for the Wichita Police Department.

2. Your Affiant is involved in an investigation regarding alleged violations of Federal law on the part of Cory Cornelius, (DOB: XX/XX/1978). Your Affiant has reviewed police reports and learned the following.

3. On September 3, 2009, at approximately 1859 hours, Wichita Police Department (WPD) Officer Shek Weber observed Cory Cornelius outside 1652 N. Estelle, Wichita, Kansas. Weber has previously worked with the home owner in regards to people selling and using crack cocaine at this residence. The home owner has signed a trespass affidavit to assist him in removing people from his property who are involved in narcotics activities. Officer Weber approached Cornelius in an attempt to give him a trespass warning.

4. Cornelius walked over to a Black SUV in the drive-way and put something in the car. Cornelius then walked away ignoring Officer Weber's request to stop. Officer Weber told Cornelius to stop several times and he finally complied. WPD Officer Estrada arrived to assist and attempted to pat down Cornelius who was belligerent and non-compliant. The officers struggled with Cornelius and used a taser to try to subdue him. Cornelius then took off running on foot. Officers observed him reach into his pants pocket and then throw something into a nearby bush. Cornelius then laid down on the ground and officers were able to arrest him.

5. The officers searched the nearby bush and located a baggy containing a crack cocaine rock. Officer's tested the rock with a field test kit and it tested positive for the presence of cocaine.

6. The crack cocaine rock was submitted to the Sedgwick County Forensic Science Center for testing. The rock was tested by Forensic Chemist Lillian Ngong and was confirmed to contain cocaine base with a net weight of 0.24 grams.

7. Your Affiant believes that, based upon the aforementioned facts, there is probable cause to believe that Cory Cornelius violated Title 21, United States Code, Section 844. Based on the aforementioned facts, your Affiant believes that an arrest warrant should be issued for Cornelius.

FURTHER AFFIANT SAITH NOT.

_____
Clint R. Snyder
Detective -- Wichita Police Department

SUBSCRIBED TO AND SWORN before me this 18th day of September, 2009.

_____
Donald W. Bostwick
United States Magistrate Judge
District of Kansas